# ZMO Law PLLC

February 24, 2021

*Via ECF*

Hon. J. Paul Oetken
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    RE: *U.S. v. Josue Sanchez*, 18 Cr. 669

Dear Judge Oetken:

    This office represents Josue Sanchez in the above-captioned matter. We write to request that Exhibit #1 (DNA Letter), attached to Docket Entry No. 228 be sealed. After filing this exhibit last night, I became aware that it contains the name of a minor child. I spoke with the Southern District of New York's Clerk's Office regarding this matter, and they have instructed my office to submit a request for the document to be sealed. Once it is sealed, I can then publicly refile the attachment with the minor's name redacted.

    Therefore, I respectfully request that ECF No. 228, Exhibit #1 be sealed pursuant to Fed. R. Crim. P. 49.1.

    Thank you for your assistance in this matter.

Very truly yours,

*Victoria Nicole Medley*

Victoria Nicole Medley

> Exhibit 1 to Docket Number 228 is hereby ordered sealed.
> Counsel for the defendant is directed to file a redacted copy of the exhibit.
> So ordered: 2/24/2021

J. PAUL OETKEN
United States District Judge

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • info@zmolaw.com
www.zmolaw.com